1 EDWARD L. FANUCCHI, Esq., #040786
JAY M. KELLY, Esq., #272061
2 **QUINLAN, KERSHAW & FANUCCHI, LLP**
2125 Merced Street
3 Fresno, California 93721
Tel: (559) 268-8771
4 Fax: (559) 268-5701

5 Attorneys for Defendants NAGI MOHSEN ZAMZAMI, individually and dba CITY WIDE
MARKET; KHADIGA M. ZAMZAMI; MOHAMED M. MUTHANA, individually and dba
6 CITY WIDE MARKET; and AMRIA M. ALZAMZAMI

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| RONALD MOORE, | CASE NO. 1:15-CV-00480----SAB |
|---|---|
| Plaintiffs, | **STIPULATION TO EXTEND TIME FOR DEFENDANTS NAGI MOHSEN ZAMZAMI, individually and dba CITY WIDE MARKET; KHADIGA M. ZAMZAMI; MOHAMED M. MUTHANA, individually and dba CITY WIDE MARKET; and AMRIA M. ALZAMZAMI TO RESPOND TO THE COMPLAINT;  ORDER** |
| vs. | |
| NAGI MOHSEN ZAMZAMI, individually and dba CITY WIDE MARKET; KHADIGA M. ZAMZAMI; MOHAMED M. MUTHANA, individually and dba CITY WIDE MARKET; and AMRIA M. ALZAMZAMI, | |
| Defendants. | |

IT IS HEREBY STIPULATED AND AGREED, by and between the parties hereto, by and through their respective counsel, that Defendants NAGI MOHSEN ZAMZAMI, individually and dba CITY WIDE MARKET; KHADIGA M. ZAMZAMI; MOHAMED M. MUTHANA, individually and dba CITY WIDE MARKET; and AMRIA M. ALZAMZAMI (collectively "Defendants"), shall have an extension of time, to and including June 15, 2015, to respond to Plaintiff RONALD MOORE's Complaint.

A previous extension was provided to Defendants. A Court Order is required as the extension now exceeds twenty-eight (28) days. A court Order will not affect any date or event set by the court Order, including the scheduling conference. This extension is sought to afford the parties an opportunity to explore settlement.

Good cause exists for this second extension of time as Defendants are gathering the information necessary to explore an informal resolution with Plaintiff, including meeting with contractors who specialize in accessing requirements for compliance with the Americans with Disabilities Act. It is the Parties' hope to fully exhaust informal settlement efforts before expending attorneys' fees and Court resources responding to the complaint.

This Stipulation may be executed in counterpart and by facsimile signature, each of which when executed shall be an original and all of which together shall constitute one in the same Stipulation.

Dated: May 15, 2015                    QUINLAN, KERSHAW & FANUCCHI, LLP.


                                       By: /s/ Edward L. Fanucchi
                                           Edward L. Fanucchi, Esq.
                                           Attorneys for Defendants
                                           NAGI MOHSEN ZAMZAMI, individually
                                           and dba CITY WIDE MARKET;
                                           KHADIGA M. ZAMZAMI; MOHAMED
                                           M. MUTHANA individually and dba CITY
                                           WIDE MARKET; and AMRIA M.
                                           ALZAMZAMI


Dated: May 15, 2015                    MOORE LAW FIRM, P.C.


                                       By: /s/ Tanya E. Moore
                                           Tanya E. Moore, Esq.
                                           Attorneys for Plaintiff
                                           RONNIE MOORE

## ORDER

Pursuant to stipulation between the parties and good cause appearing,

IT IS HEREBY ORDERED that Defendants, NAGI MOHSEN ZAMZAMI, individually and dba CITY WIDE MARKET; KHADIGA M. ZAMZAMI; MOHAMED M. MUTHANA, individually and dba CITY WIDE MARKET; and AMRIA M. ALZAMZAMI , shall have an extension of time to and including June 15, 2015 to respond to Plaintiff RONALD MOORE's Complaint.

IT IS SO ORDERED.

Dated:  **May 18, 2015**

UNITED STATES MAGISTRATE JUDGE