EDWARD L. FANUCCHI, Esq., #040786
JAY M. KELLY, Esq., #272061
**QUINLAN, KERSHAW & FANUCCHI, LLP**
2125 Merced Street
Fresno, California 93721
Tel: (559) 268-8771
Fax: (559) 268-5701

Attorneys for Defendants NAGI MOHSEN ZAMZAMI, individually and dba CITY WIDE MARKET; KHADIGA M. ZAMZAMI; MOHAMED M. MUTHANA, individually and dba CITY WIDE MARKET; and AMRIA M. ALZAMZAMI

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD MOORE,<br><br>Plaintiffs,<br><br>vs.<br><br>NAGI MOHSEN ZAMZAMI, individually and dba CITY WIDE MARKET; KHADIGA M. ZAMZAMI; MOHAMED M. MUTHANA, individually and dba CITY WIDE MARKET; and AMRIA M. ALZAMZAMI,<br><br>Defendants. | CASE NO.  1:15-CV-00480-SAB<br><br>**THIRD STIPULATION TO EXTEND TIME FOR DEFENDANTS NAGI MOHSEN ZAMZAMI, individually and dba CITY WIDE MARKET; KHADIGA M. ZAMZAMI; MOHAMED M. MUTHANA, individually and dba CITY WIDE MARKET; and AMRIA M. ALZAMZAMITO RESPOND TO THE COMPLAINT;  ORDER** |

IT IS HEREBY STIPULATED AND AGREED, by and between the parties hereto, by and through their respective counsel, that Defendants NAGI MOHSEN ZAMZAMI, individually and dba CITY WIDE MARKET; KHADIGA M. ZAMZAMI; MOHAMED M. MUTHANA, individually and dba CITY WIDE MARKET; and AMRIA M. ALZAMZAMI (collectively "Defendants"), shall have an extension of time, to and including June 30, 2015, to respond to Plaintiff RONALD MOORE's Complaint.

A previous extension was provided to Defendants. A Court Order is required as the extension now exceeds twenty-eight (28) days. A court Order will not affect any date or event set by the court Order, including the scheduling conference. This extension is sought to afford the parties an opportunity to explore settlement.

Good cause exists for this third extension of time as Defendants have retained a CASp consultant and a contractor, and have approached Plaintiff's counsel to discuss settlement. Plaintiff's counsel has scheduled a Rule 26 meet and confer call for Tuesday, June 16, 2015. It is the Parties' hope to fully exhaust informal settlement efforts before expending attorneys' fees and Court resources responding to the complaint.

This Stipulation may be executed in counterpart and by facsimile signature, each of which when executed shall be an original and all of which together shall constitute one in the same Stipulation.

Dated: June 12, 2015        QUINLAN, KERSHAW & FANUCCHI, LLP.


By: /s/ Edward L. Fanucchi
    Edward L. Fanucchi, Esq.
    Attorneys for Defendants
    NAGI MOHSEN ZAMZAMI, individually and dba CITY WIDE MARKET; KHADIGA M. ZAMZAMI; MOHAMED M. MUTHANA individually and dba CITY WIDE MARKET; and AMRIA M. ALZAMZAMI


Dated: June 12, 2015        MOORE LAW FIRM, P.C.


By: /s/ Tanya E. Moore
    Tanya E. Moore, Esq.
    Attorneys for Plaintiff
    RONNALD MOORE

**ORDER**

Pursuant to stipulation between the parties and good cause appearing,

IT IS HEREBY ORDERED that Defendants, NAGI MOHSEN ZAMZAMI, individually and dba CITY WIDE MARKET; KHADIGA M. ZAMZAMI; MOHAMED M. MUTHANA, individually and dba CITY WIDE MARKET; and AMRIA M. ALZAMZAMI , shall have an extension of time to and including June 30, 2015 to respond to Plaintiff RONALD MOORE's Complaint.

IT IS SO ORDERED.

Dated:   **June 12, 2015**

UNITED STATES MAGISTRATE JUDGE