# UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD MOORE, | Case No.  1:15-cv-00480---SAB |
| Plaintiff, | ORDER REQUIRING PARTIES TO FILE DISPOSITIONAL DOCUMENTS |
| v. | |
| NAGI MOHSEN ZAMZAMI, et al., | (ECF No. 14) |
| Defendants. | Thirty-Day Deadline |

On July 7, 2015, Plaintiff filed a notice of settlement informing the Court that the parties have reached settlement resolving this action.  Accordingly, it is HEREBY ORDERED that:

1.      All pending matters and dates are VACATED; and

2.      The parties shall file dispositional documents within thirty days from the date of service of this order.

IT IS SO ORDERED.

Dated:   **July 9, 2015**

_____
UNITED STATES MAGISTRATE JUDGE

1